**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DIANE WILLIS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 07-18** |
| **TULANE UNIVERSITY HOSPITAL, ET AL.** | **SECTION: "K"(4)** |

## ORDER

Before the Court is the Motion for Reconsideration (Rec.Doc.No. 9) of Plaintiff Diane Willis, wherein she contends that the Court inappropriately denied her previously filed Motion for Default Judgment (Rec.Doc.No. 7). In its previous Order (Rec.Doc.No. 8), the Court found that Plaintiff had not provided sufficient evidence of service on all Defendants, and moreover, that her motion for entry of default was insufficient as a matter of law.

It is clear that Plaintiff had not provided adequate proof that she effected service on all of the individual Defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure. "Before a default can be entered, the court must have jurisdiction over the party against whom the judgment is sought, which also means that the party must have been effectively served with process." 10A CHARLES ALAN WRIGHT & ARTHUR R. MILLER, FEDERAL PRACTICE AND PROCEDURE § 2682 (3d ed. 2007). Accordingly,

**IT IS ORDERED** that the Motion for Reconsideration (Rec.Doc.No. 9) is hereby

**DENIED**.

New Orleans, Louisiana, on this  29th day of May, 2007.


_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**